FILED
2010 JAN 20 PM 3:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 09 CR 3808 BTM |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** <br> ) **UNITED STATES' MOTION TO** <br> ) **CONTINUE SENTENCING HEARING** |
| ALAN NARANJO, | ) |
| Defendant. | ) |

### ORDER

IT IS HEREBY ORDERED that the United States' motion to continue the sentencing hearing in this case scheduled for January 22, 2010 at 9:00 a.m. to March 26, 2010 at 10:00 a.m. is granted.

DATED: 1-20, 2010.

_____
HONORABLE BARRY T. MOSKOWITZ